700 A.2d 262

**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND**

v.

**John R. GOBER.**

**Misc. AG No. 48, Sept. Term, 1997.**

Court of Appeals of Maryland.

Sept. 17, 1997.

## ORDER

This matter came before the Court on the joint petition of the Attorney Grievance Commission of Maryland and Respondent to place Respondent on indefinite suspension.

It is this 17th Day of September, 1997

---

education and special projects. See Art. 27, § 700(e), (f), (h); COMAR 12.02.06.05.

ORDERED, that Respondent, John R. Gober, for the misconduct set forth in the joint petition be and he is hereby indefinitely suspended from the practice of law in the State of Maryland said suspension to run concurrently with the indefinite suspension previously ordered by this Court in its Order of October 28, 1992.